# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**FERDELL BAKER,**

    *Plaintiff,*

**v.**                                      **Case No.: 1:26cv15-MW/ZCB**

**NORTH FLORIDA EVALUATION TREATMENT CENTER,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 13, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of this Court." The Clerk shall close the file.

**SO ORDERED on May 13, 2026.**

                                    **s/Mark E. Walker**
                                    **United States District Judge**